THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN PIETRAS, Appellant.

*Crimes — manslaughter — criminal negligence — operation of automobile in culpably negligent manner — judgment of conviction reversed.*

*People* v. *Pietras*, 219 App. Div. 853, reversed.

(Argued October 19, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 9, 1927, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree. The indictment, under subdivision 3 of section 1052 of the Penal Law, charged defendant with causing the death of a person through operation of an automobile in a culpably negligent manner.

*William J. Bullion* for appellant.

*Guy B. Moore, District Attorney* (*John J. Kane* of counsel), for respondent.

Judgment of Appellate Division and that of County Court reversed and new trial ordered on the authority of *People* v. *Angelo* (246 N. Y. 451).

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: POUND, J.